1  Suzanne C. Leidner, Esq.  (CSB #090387)
2  LEIDNER & LEIDNER
3  4622 Hollywood Blvd.
   Los Angeles, CA  90027
4  Tel. 323 664-5670/Fax:  323 662-0840
5  Email:   SCLeidner@sbcglobal.net

6  Counsel for Plaintiff Luis Valenzuela

7

8             UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA

10 LUIS VALENZUELA,                    No.  CV 07 07192 JC
11      Plaintiff,
12      v.                             [PROPOSED] ORDER AWARDING EAJA FEES
13 MICHAEL J. ASTRUE,
14 COMMISSIONER OF SOCIAL
   SECURITY,
15
16      Defendant.
17

18      IT IS ORDERED that based upon the parties' Stipulation for the Award and
19 Payment of Equal Access to Justice (EAJA) Fees,  Plaintiff's counsel, as Plaintiff's
20 assignee, shall be awarded attorney fees  under EAJA in the amount TWENTY-NINE
21 HUNDRED SEVENTY DOLLARS and 00/cents ($2,970.00), as authorized by 28
22 U.S.C. §2412(d), and subject to the terms of the above-referenced  Stipulation.
23
24
   Dated:      April 20, 2009
25
                       _____/s/_____
26                     JACQUELINE CHOOLJIAN
27                     UNITED STATES MAGISTRATE JUDGE
28

-1-